United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40021
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO ALANIZ, also known as Richard Alaniz,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:05-CR-6-1
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Ricardo Alaniz appeals the 210-month sentence imposed
following his plea of guilty to possession with intent to
distribute cocaine.  He contends that the district court
committed clear error by increasing his sentence pursuant to
U.S.S.G. § 3B1.1(b), based on a finding that Alaniz exercised a
managerial role in a criminal activity involving five or more
persons.

The district court's determination of Alaniz's role in the
offense was plausible in light of the record as a whole, and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Alaniz did not present evidence rebutting the factual findings of the presentence report (PSR). Accordingly, the district court was entitled to rely on the PSR's factual findings showing Alaniz exercised managerial control and that the criminal activity involved five or more persons. See United States v. Caldwell, 448 F.3d 287, 290, 293 (5th Cir. 2006). Alaniz has failed to show that the district court committed clear error. See id. at 290.

The judgment of the district court is AFFIRMED.